G. Lynn Osmer and Maurice E. Daley, appellees, v. Wm. J. McCarthy and Wm. J. McSweeney, trading as National Thrift System, appellants.   Gen. No. 30,454.

Action for breach of contract.   Judgment for plaintiffs.   Appeal from the Municipal Court of Chicago; the Hon. Theodore F. Ehler, Judge, presiding.   Heard in the third division of this court for the

first district at the October term, 1925. Affirmed. Opinion filed May 5, 1926. Rehearing denied May 18, 1926.

Danaher & Garriott, for appellants. Chittick, Blankenship & Baltz, for appellees; C. L. Blankenship, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.